## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:01CR279** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **JAMES KEEVER,** | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS ORDERED** that the following is reset for hearing on May 2, 2005 at 10:30 a.m. before District Court Judge Laurie Smith Camp, *Courtroom No. 2, Third Floor*, Roman L. Hruska U.S. Courthouse, 111 So. 18 Plaza, Omaha, Nebraska:

**#64 PETITION FOR OFFENDER UNDER SUPERVISION**

Since this is a criminal case, the defendant must be present, unless excused by the Court. An interpreter will be provided by the Court.

**DATED this 27th day of April, 2005.**

BY THE COURT:

s/ Laurie Smith Camp
U.S. District Judge